UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| MIKE DU TRIEU, ) | No. LA CV 12-03365-VBF-AJW |
| Petitioner, ) | |
| ) | FINAL JUDGMENT |
| v. ) | |
| ROBERT W. FOX, Warden, ) | |
| Respondent. ) | |

Consistent with this Court's contemporaneously issued Order Adopting the Report and Recommendation of the United States Magistrate Judge Without Objection, Denying the First Amended Habeas Corpus Petition, Dismissing the Action With Prejudice, Directing the Entry of Separate Final Judgment, Directing a Separate COA Ruling, and Terminating the Case, **final judgment is hereby entered in favor of the respondent warden and against petitioner Mike Du Trieu.**

Dated: Wednesday, February 8, 2017

*Valerie Baker Fairbank*
_____
Valerie Baker Fairbank
Senior United States District Judge